IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Troy Cox, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:17cv776 |
| vs. : | |
| : | Judge Susan J. Dlott |
| University of Dayton, : | |
| : | |
| Defendant(s). : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment in the Western Division in Dayton, Ohio.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Court